# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Kyree Harris<br><br>*Defendant(s)* | Case No.<br>1:22-mj-540 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 17, 2022__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm and Ammunition By a Prohibited Person |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

s/Ryan VanOeveren
*Complainant's signature*

Ryan VanOeveren, Task Force Officer, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __telephone__ *(reliable electronic means)*

Date: 6/28/2022

City and state: Indianapolis, Indiana

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

Your Affiant, Ryan VanOeveren, being duly sworn, does depose and state:

**Affiant Background and Purpose of Affidavit**

1. I am a Detective with the Indianapolis Metropolitan Police Department (IMPD) and have been employed by IMPD and its predecessor organization, the Indianapolis Police Department, as a sworn law enforcement officer since 2000.  I am also a Task Force Officer (TFO) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and I have been so employed since 2017.  In connection with my official ATF duties, I investigate criminal violations of federal laws, including, but not limited to, firearms and violent crime offenses in violation of Title 18, United States Code, Sections 922(g), 924(c), 1951, and 2119.  In addition to my IMPD and ATF experience, I was previously assigned as a TFO with the Federal Bureau of Investigation (FBI) Safe Streets Task Force in Indianapolis for approximately four years between 2009 and 2013.

2. I have testified in judicial proceedings and prosecutions for violations of firearms laws and narcotics violations.  I have also been involved in various types of surveillance and in the debriefing of defendants, witnesses, informants, and others who have knowledge of the use of firearms in conjunction with other criminal activities, including violent crimes and the distribution of controlled substances.

3. The information set forth in this Affidavit is based upon my participation in this investigation, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training.  This Affidavit does not set forth every fact your Affiant has learned during this investigation, but rather is provided solely for establishing probable cause in support of the application for a Complaint in this matter.  The

information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

4. This Affidavit is submitted in support of a Criminal Complaint charging Kyree HARRIS (date of birth XX/XX/1998) and Social Security Number XXX-XX-1809) with Possession of a Firearm and Ammunition By a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1). The information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

## Facts Supporting Probable Cause

5. On Friday, June 17, 2022, at approximately 9:20 a.m., Indianapolis Metropolitan Police Department (IMPD) uniform officers were dispatched to 2445 Ethel Avenue, Indianapolis, Indiana on a report of a suspicious vehicle. An anonymous caller stated the vehicle was parked in front of the Twenty Fifth Street Baptist church all night and did not know if the vehicle was occupied.

6. IMPD Officer B. Meeks responded to investigate the anonymous call and observed a blue/purple Chrysler Sebring convertible parked adjacent to the church bearing Indiana license plate P393705 which had expired on January 20, 2022. Officer B. Meeks observed the windows were down, rear taillights were illuminated, and the engine was running. Officer B. Meeks approached the driver side of the vehicle and noticed a male subject fully reclined in the driver's seat, possibly asleep. Officer B. Meeks observed a silver and purple handgun positioned between the driver's seat and center console in plain view. Officer B. Meeks requested for a back-up officer to assist him.

7. Officer B. Meeks observed the male subject for a few minutes waiting for IMPD Officer D. King to arrive. Once Officer D. King arrived, both officers approached the vehicle.

Officer B. Meeks made contact with the subject, who was asleep in the driver seat, to check his welfare. For everyone's safety, Officer B. Meeks asked the male subject to step out from the vehicle to speak with him. The male subject agreed, exited the vehicle, walked to the rear of the vehicle, and verbally identified himself as HARRIS.

8. While talking with HARRIS, Officer B. Meeks learned that HARRIS did not have an Indiana firearm's permit and also was a convicted felon. Additionally, HARRIS stated that the firearm was in his possession for protection. HARRIS was placed under arrest. IMPD Officer J. Mehrlich arrived on scene to recover and process the firearm for evidence. The silver and purple firearm was loaded and identified as an SCCY, CPX-2, 9mm handgun bearing serial number 709392. Communications confirmed that the handgun was confirmed stolen on March 18, 2021 under IMPD case IP210026595. All the evidence was photographed, collected, and transported to the IMPD property room. HARRIS was transported to the Marion County Jail.

9. HARRIS has sustained a conviction for a crime punishable by more than one (1) year of imprisonment, that is;

> Interference with Commerce by Threats of Violence (6 counts), a felony with a 60 month sentence, Cause Number 16-CR-0184-TWP-DML, in the Southern District of Indiana District Court, on or about January 26, 2017.

10. The SCCY, CPX-2, 9mm handgun bearing serial number 709392 described above was not manufactured in the state of Indiana. By virtue of its presence in the State of Indiana, therefore, the firearms had to have been transported or shipped in interstate or foreign commerce.

11. At the time HARRIS possessed SCCY, CPX-2, 9mm handgun, HARRIS knew that he had been previously convicted of a crime punishable by more than one year of imprisonment.

12. All of the above-described events occurred in the Southern District of Indiana, Indianapolis Division.

## Conclusion and Request

13. Your Affiant submits that, based on the facts set forth in this Affidavit, probable cause exists that on June 17, 2022, in the Southern District of Indiana, Kyree HARRIS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1). Accordingly, your Affiant requests this Court issue a Criminal Complaint charging HARRIS with this crime, along with a warrant for his arrest.

/s/ Ryan VanOeveren
Ryan VanOeveren, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Federal Rules of Criminal Procedure 4.1 and 41(d)(3) by reliable electronic means.

Date: 6/28/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

4